# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| BRUCE MUNRO, | Civil No. 16-79 (JRT/KMM) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| VF OUTDOOR, INC., et al, | |
| Defendants. | |

Carl F. Schwenker, **LAW OFFICES OF CARL F. SCHWENKER,** 1101 East11th Street, Austin, TX 78702, for plaintiff.

Lora Mitchell Friedemann, **FREDRIKSON & BYRON, PA,** 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402-1425, for defendants.

The parties have stipulated to dismissal of this action with prejudice. [Docket No. 140]

Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 26, 2019
at Minneapolis, Minnesota.

                                                                s/John R. Tunheim
                                                             JOHN R. TUNHEIM
                                                             Chief Judge
                                                             United States District Court