# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Bruce Munro, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 16-cv-79 JRT/KMM |
| VF Outdoor, Inc., Mono Advertising, L.L.C., Bruce Munro Ltd., | |
| Defendant(s). | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

Date: 7/26/2019                                                               KATE M. FOGARTY, CLERK

                                                                                          s/M. Price
                                                                              (By)   M. Price, Deputy Clerk